IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01719-MJW

DONNA BAEZA,

Plaintiff,

v.

NCO FINANCIAL SYSTEMS, INC.,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

      It is hereby ORDERED that the Plaintiff's Motion for Leave to Appear by Telephone for Initial Scheduling/Planning Conference Set for August 14, 2014 (Docket No. 8) is granted.  Plaintiff's counsel may thus appear by telephone for the Scheduling Conference set on August 14, 2014, at 10:00 a.m. Mountain Time by calling the court at (303) 844-2403.

Date: August 1, 2014